**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION and FADEL QENDAH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 3:23-cv-00350-WHR-MRM |

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION and FADEL QENDAH and in support thereof states as follows:

1. On November 27, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On December 27, 2023, a copy of the Complaint and Summons was served on EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION via Corporate Service. *See* Affidavit of Service [DE 6].

3. EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION was to have responded to or filed an answer to the Complaint by January 17, 2024, but failed to file anything with this Court.

4. On December 27, 2023, a copy of the Complaint and Summons was served on FADEL QENDAH, via Personal Service. *See* Affidavit of Service [DE 6-1].

5. FADEL QENDAH was to have responded to or filed an answer to the Complaint by January 17, 2024, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION and FADEL QENDAH were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION and FADEL QENDAH have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants EAST MAIN CONNECTION LLC d/b/a EAST MAIN CONNECTION and FADEL QENDAH and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.