**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 3:23-cv-00350 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| East Main Connection LLC., et al. | : | |
| Defendant. | : | |

---

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants East Main Connection, LLC., and Fadel Qendah are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendants, East Main Connection, LLC., and Fadel Qendah on this 25th day of March 2024.

Sophia R. Bryant, Deputy Clerk
*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO